

# CAUSE NO. 12-14-00040-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| LAWRENCE K. WALKER, JR., APPELLANT | } | APPEALED FROM 114TH |
|---|---|---|
| V. | } | DISTRICT COURT IN AND FOR |
| THE STATE OF TEXAS, APPELLEE | } | SMITH COUNTY, TEXAS |

## ORDER

THIS DAY came on to considered Appellant's Motion for Extension of Time to File Pro Se Brief filed herein and the notice to the court of appeals from the trial court dated December 30, 2014, and the same being inspected,

It is hereby ORDERED that said motion be, and hereby is, remanded to the trial court for a recommendation, after conducting a hearing, concerning the date for filing Appellant's Pro Se Response to Anders brief. (a copy of the motion is attached hereto)

IT IS FURTHER ORDERED that in making such recommendation the trial court shall consider the appellant's receipt of a paper copy of the appellate record provided by this court, the amount of time the appellant has spent reviewing the record, the purpose of a pro se response to an Anders brief as stated in *Stelbacky v. State*, 225 S.W.3d 583, 586 (Tex. App. - Amarillo 2000, no pet.), and any other factors deemed relevant by the trial court..

It is FINALLY ORDERED that a supplemental record containing the court's findings of fact and recommendation and any appropriate order(s) attendant thereto be certified to this Court on or before **February 5, 2015**. Because the documents described in the trial court's December 30, 2014 notice are outside the appellate record, they are not germane to this appeal. Accordingly, we take no further action on the trial court's notice.

**WITNESS** the Honorable James T. Worthen, Chief Justice of the Court of Appeals, 12th Court of Appeals District of Texas, at Tyler.

**GIVEN UNDER MY HAND AND SEAL OF SAID COURT**, at my office this the 16th day of January 2015, A.D.



CATHY S. LUSK, CLERK
12TH COURT OF APPEALS

By: *Katrina McClenny*
Katrina McClenny, Chief Deputy Clerk